UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BLASTERS, DRILLRUNNERS AND MINERS
UNION LOCAL 29 WELFARE FUND, LOCAL 29
PENSION FUND, LOCAL 29 ANNUITY FUND,
LOCAL 29 VACATION FUND, BLASTERS,
DRILLRUNNERS AND MINERS UNION
LOCAL 29, AFL-CIO, AND THOMAS RUSSO
AS TRUSTEE,

    CIVIL ACTION NUMBER:
    05-CV-2099 (FB) (VVP)

**JUDGMENT BY DEFAULT**

PLAINTIFFS,

-AGAINST-

GREYSTONE BUILDING AND MAINTENANCE
CORP.,

DEFENDANT.
----------------------------------------------------------------X

This action having been commenced on April 28, 2005 by the filing of the Summons and Complaint and a copy of the Summons and Complaint having been served upon the defendant Greystone Building and Maintenance Corp., on May 20, 2005 by service upon Carol Vogt, and proof of service having been filed on or about June 17, 2005; and the defendant not having appeared in this matter; and the defendant having not answered the Complaint; and the time for appearing and answering the Complaint having expired; and the default of said defendant Greystone Building and Maintenance Corp. in the premises of having been duly entered according to law; upon application of plaintiffs, judgment is hereby entered against said defendant pursuant to the prayer of said complaint.

WHEREFORE, by virtue of the law and by reason of the premises aforesaid, it is

ORDERED, ADJUDGED AND DECREED, that defendant, its officers and agents have failed to remit contributions to the defendant each month as required by the collective bargaining agreement for the period January through October 2004; and

ORDERED, ADJUDGED AND DECREED, that defendants, its officers and agents shall remit the full amount of contributions each month as required by the collective bargaining agreement; and, it is further

ORDERED, ADJUDGED AND DECREED, that the plaintiffs have judgment against the defendant Greystone Building and Maintenance Corp. in the sum of $15,556.06 constituting $9,003.60 for unpaid contributions to the Funds; liquidated damages in the amount of $1,800.72; $986.40 for unpaid contributions to the union affiliated funds; attorney's fees in the amount of $1,500.00; interest on unpaid contributions in the amount of $2,115.34 and costs in the amount of $150.00, amounting in all to $15,556.06.

Dated: 7\11\05

United States District Judge

THIS JUDGMENT WAS DOCKETED ON

_____

[jm\wpdocs05\L29\Judgments\Greystone]